Opinion issued January 26, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00856-CR

———————————

in re Thomas Lee Fifer, Relator



 



 

On Appeal from the 184th District Court

Harris County, Texas

Trial Court Case No. 1117100



 



 

MEMORANDUM OPINION

          Relator,
Thomas Lee Fifer, has filed, pro se, a petition for writ of mandamus, contending
that the trial court abused its discretion in not considering his “Motion
Requesting for Enforcement of the Judgment Pursuant to Tex. R. App. P. 51.2”
and not rendering judgment “in compliance with the mandate issued by the [First]
Court of Appeals as modified.”   We deny the petition for writ of mandamus.

PER CURIAM

Panel
consists of Justices Jennings, Massengale, and Huddle.

Do
not publish.  TEX .
R. APP. P. 47.2(b).